IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 23-198 (CJB) |
| AXION BIOSYSTEMS, INC., Defendant. | ) | |

**PLAINTIFF'S MOTION FOR CLAIM CONSTRUCTION**

Pursuant to the Court's May 22, 2024 Oral Order (D.I. 140), Plaintiff Agilent Technologies, Inc. ("Plaintiff") respectfully requests that the Court adopt the parties' agreed upon construction and Plaintiff's claim construction positions set forth in the Second Amended Joint Claim Construction Chart (D.I. 134).


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Travis J. Murray*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiff Agilent Technologies, Inc.*

OF COUNSEL:

Peter J. Chassman
Hallie H. Wimberly
Michael J. Forbes
REED SMITH LLP
1221 McKinney Street, Suite 2100
Houston, TX 77010
(713) 469-3800

Anna M. Targowska
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL, 60606-7507
(312) 207-1000


July 22, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 22, 2024, upon the following in the manner indicated:

John G. Day, Esquire *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Axion Biosystems, Inc.*

David M. Maiorana, Esquire *VIA ELECTRONIC MAIL*
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
*Attorneys for Defendant Axion Biosystems, Inc.*

Ryan K. Walsh, Esquire *VIA ELECTRONIC MAIL*
Geoffrey K. Gavin, Esquire
Laura M. Kanouse, Esquire
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
*Attorneys for Defendant Axion Biosystems, Inc.*

Anna E. Raimer, Esquire *VIA ELECTRONIC MAIL*
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2712
*Attorneys for Defendant Axion Biosystems, Inc.*

*/s/ Travis J. Murray*

Travis J. Murray (#6882)