IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-198-CJB |
| v. | ) | |
| | ) | |
| AXION BIOSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR CLAIM CONSTRUCTION**

Defendant Axion BioSystems, Inc. ("Axion") hereby respectfully requests that the Court adopt Axion's claim construction positions, as set forth in the parties' Second Amended Joint Claim Construction Chart (D.I. 134).

*Of Counsel:*

Ryan K. Walsh
Geoffrey K. Gavin
Laura M. Kanouse
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
(404) 521-3939

Anna E. Raimer
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2712
(832) 239-3939

David M. Maiorana
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

Dated: July 23, 2024