IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-198-CJB |
| v. | ) | |
| | ) | |
| AXION BIOSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AXION BIOSYSTEMS, INC.'S MOTION IN LIMINE**

Pursuant to the Court's March 9, 2026 Order (D.I. 511), Axion files this motion *in limine* that identifies the three motions *in limine* that Axion submitted at Exhibit 8D of the parties' [Proposed] Joint Final Pretrial Order on March 6, 2026 (D.I. 509):

- Axion MIL No. 1: Excluding Evidence or Argument Regarding Axion Hiring of Former Agilent Personnel;

- Axion MIL #2: Excluding Evidence or Argument Regarding Customer Perception of Axion's Statements, Including Any Alleged Customer Confusion/Deception or Impact on Purchasing Decisions; and

- Axion MIL #3: Excluding All Purchase Price Information Regarding Certain Acquisitions.

ASHBY & GEDDES

*/s/ John G. Day*

_____

*Of Counsel:*

Ryan K. Walsh
Geoffrey K. Gavin
Laura M. Kanouse
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
(404) 521-3939
rkwalsh@jonesday.com
ggavin@jonesday.com
lkvining@jonesday.com

Anna E. Raimer
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2712
(832) 239-3939
aeraimer@jonesday.com

Collin J. Kurtenbach
John M. Michalik
JONES DAY
110 N. Wacker Drive Suite 4800
Chicago, IL 60606
(312) 269-4086
ckurtenbach@jonesday.com
jmichalik@jonesday.com

David M. Maiorana
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
dmaiorana@jonesday.com

Dated:  March 10, 2026

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*
*Axion BioSystems, Inc.*

2